**Order entered September 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01106-CV

### IN RE MAURICIO ANTONIO CABRERA, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1057867-N**

## ORDER
Before Justices Lang-Miers, Stoddart and Whitehill

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE